**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of Kansas**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Manhattan Hospitality, Inc. |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Holiday Inn At the Campus |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 48-1106083 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1641 Anderson Avenue | |
| Number        Street | Number        Street |
| | |
| | P.O. Box |
| Manhattan          KS     66502 | |
| City                    State    ZIP Code | City              State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Riley County | |
| County | Number        Street |
| | |
| | City              State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | _____ |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

7211

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____ When _____ Case number _____
                                MM / DD / YYYY

           District _____ When _____ Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____ Relationship _____

           District _____ When _____
                                        MM / DD / YYYY

           Case number, if known _____

Debtor    Manhattan Hospitality, Inc.
_____    Case number (if known)_____
Name

**11. Why is the case filed in this district?**

Check all that apply:

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____
        Number        Street

_____

_____
        City            State     ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____

         Contact name _____

         Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Manhattan Hospitality, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/17/2020
          MM / DD / YYYY

✖ /s/ W.A. Colin Noble
Signature of authorized representative of debtor

W.A. Colin Noble
Printed name

Title President

**18. Signature of attorney**

✖ /s/ Neil Sader
Signature of attorney for debtor

Date  12/17/2020
     MM / DD / YYYY

Neil Sader
Printed name

Sader Law Firm, LLC
Firm name

2345 Grand Blvd. Suite 2150
Number          Street

Kansas City
City

MO
State

64108
ZIP Code

816-561-1818
Contact phone

nsader@saderlawfirm.com
Email address

16437
Bar number

KS
State

**Fill in this information to identify the case:**

Debtor name  Manhattan Hospitality, Inc.

United States Bankruptcy Court for the: District of Kansas

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*....................................................................  $ 2,350,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................  $ 5,178,295.30

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................  $ 7,528,295.30

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..........  $ 7,970,141.09

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................  $ 725,714.33

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .......................  +$ 8,578,854.69

4. **Total liabilities**...................................................................................................  $ 17,274,710.11
   Lines 2 + 3a + 3b

Official Form 206Sum  **Summary of Assets and Liabilities for Non-Individuals**  page 1

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Community First National Bank 215 S. Seth Child Road Manhattan, KS, 66502 | | PPP Loan | | | | 313,400.00 |
| 2 | Intercontinental Hotels Group PO Box 101074 Atlanta, GA, 30392 | | Franchise Fee & Charges | Unliquidated | | | 220,374.40 |
| 3 | Landry's 1510 West Loop South Houston, TX, 77027 | | Franchise Fee & Charges | | | | 48,846.00 |
| 4 | DR Plumbing/Heating & Air 1104 Hostetler Drive Manhattan, KS, 66502 | | Suppliers or Vendors | Disputed | | | 22,156.73 |
| 5 | The Ebert Mayo Design Group 1115 Westport Drive Manhattan, KS, 66502 | | Architect Fees | | | | 8,291.50 |
| 6 | Manhattan Chamber of Commerce 501 Poytnz Avenue Manhattan, KS, 66502 | | Suppliers or Vendors | | | | 4,225.00 |
| 7 | The Home Depot Credit Services PO Box 9001043 Louisville, KY, 40290 | | Suppliers or Vendors | | | | 4,093.03 |
| 8 | Edward Don & Company 2562 Paysphere Circle Chicago, IL, 60674 | | Suppliers or Vendors | | | | 3,139.72 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Trabon Printing PO Box 87-8700 Kansas City, MO, 64187 | | Suppliers or Vendors | | | | 2,493.60 |
| 10 | Aramark PO Box 1010 Bemidji, MN, 56619 | | Suppliers or Vendors | | | | 2,359.59 |
| 11 | Photoweb Pure Digital Photography 503 N. Main Street, Suite 205 Pueblo, CO, 81003 | | Suppliers or Vendors | | | | 2,348.50 |
| 12 | Reid Plumbing, Heating & Air 8964 Green Valley Drive Manhattan, KS, 66502 | | Suppliers or Vendors | | | | 2,197.52 |
| 13 | US Food, Inc. PO Box 502059 Saint Louis, MO, 63150 | | Suppliers or Vendors | | | | 1,975.90 |
| 14 | IBS Midwest 3913 S. Lynn Court Independence, MO, 64055 | | Suppliers or Vendors | | | | 1,468.13 |
| 15 | Information Systems PO Box 5748 Rochester, MN, 55903 | | Suppliers or Vendors | | | | 1,440.00 |
| 16 | C & C Produce PO Box 7466 Kansas City, MO, 64116 | | Suppliers or Vendors | | | | 1,307.46 |
| 17 | Thermal Comfort Air 705 Pecan Drive Manhattan, KS, 66502 | | Suppliers or Vendors | | | | 1,270.20 |
| 18 | Century Business Systems 415 Houstone St. PO Box 1383 Manhattan, KS, 66502 | | Suppliers or Vendors | | | | 1,265.50 |
| 19 | Orkin, Inc. PO Box 638898 Cincinnati, OH, 45263 | | Suppliers or Vendors | | | | 1,078.59 |
| 20 | AllStar Services 2017 Fort Riley Lane Manhattan, KS, 66502 | | Suppliers or Vendors | | | | 817.84 |

Fill in this information to identify the case:

Debtor name  Manhattan Hospitality, Inc.

United States Bankruptcy Court for the:  District of Kansas

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property       **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Central National Bank | Checking | 4  2  8  6 | $ 2,709.49 |
| 3.2. | See continuation sheet | | | $ 193,632.79 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $ _____
   4.2. _____  $ _____

5. **Total of Part 1**       $ 196,342.28

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. Liquor License       $ 4,081.00
   7.2. See continuation sheet       $ 7,650.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Held by Sader Law Firm LLC - Pre-Petition in Trust,  retainer non-bankruptcy                $ 737.25

8.2. Insurance Package                                                                                   $ 40,251.00

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                          $ 52,719.25

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|--|--|--|

11. **Accounts receivable**

| | face amount | doubtful or uncollectible accounts | | Current value of debtor's interest |
|--|--|--|--|--|
| 11a. 90 days old or less: | 30,117.00 | – 0.00 | = ➡ | $ 30,117.00 |
| 11b. Over 90 days old: | 26,850.00 | – 0.00 | = ➡ | $ 26,850.00 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                $ 56,967.00

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|--|--|--|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|--|--|--|
| 14.1. _____ | _____ | $ _____ |
| 14.2. _____ | _____ | $ _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:          % of ownership:

| | | |
|--|--|--|
| 15.1. _____ | _____% | $ _____ |
| 15.2. _____ | _____% | $ _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|--|--|--|
| 16.1. _____ | _____ | $ _____ |
| 16.2. _____ | _____ | $ _____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                     $ _____

---

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property                page 2

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** Food, Liquor & Supplies | 11/30/2020 MM / DD / YYYY | 18,000.00 $ _____ | FiFO | 18,000.00 $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 18,000.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value  18,000.00    Valuation method FiFO    Current value 18,000.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** Used desks, bookcases | $_____ | Liquidation | $ 500.00 |
| **40. Office fixtures** Shelving | $_____ | Liquidation | $ 250.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** Computers, Scanners & Printer | $_____ | Liquidation | $ 1,200.00 |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 1,950.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 4

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Mercedes Van VIN No. WDZPE7002GP219145 | $ 5,700.00 | Fair Market | $ 5,700.00 |
| 47.2 2017 Buick Envision VIN No. LRBFXESX1HD144107 - Lease | $ 0.00 | | $ 0.00 |
| 47.3 2019 Buick Encore VIN No. KL4CJESB6KB708535 - Lease | $ 0.00 | | $ 0.00 |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Hotel Furniture, Fixtures & Equipment and Restaurant Equipment | $ 0.00 | Liquidation | $ 30,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 35,700.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Official Form 206A/B     **Schedule A/B: Assets — Real and Personal Property**     page 5

| Debtor | Manhattan Hospitality, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | 1641 Anderson Avenue, Manhattan KS 66502; Building & Improvements | | $ 5,237,934.88 | Revenue Based | $ 2,350,000.00 |
| 55.2 | | | $ | | $ |
| 55.3 | | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 2,350,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. | Internet domain names and websites | $ | | $ |
| 62. | Licenses, franchises, and royalties<br>IHG & Houlihan's | $ 39,550.00 | Market | $ 39,550.00 |
| 63. | Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. | Other intangibles, or intellectual property | $ | | $ |
| 65. | Goodwill | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 39,550.00

Official Form 206A/B       **Schedule A/B: Assets — Real and Personal Property**       page 6

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

See continuation sheet      1,439,265.62 — 976,595.85   = ➔   $ 462,669.77

                            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

State unused NOL        Tax year 2019    $ 1,451,344.00

Federal unused NOL      Tax year 2019    $ 2,863,053.00

                        Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

_____   $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $ _____

Nature of claim      _____

Amount requested     $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $ _____

Nature of claim      _____

Amount requested     $ _____

76. **Trusts, equitable or future interests in property**

_____   $ _____

77. **Other property of any kind not already listed**  Examples: Season tickets, country club membership

_____   $ _____

_____   $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $ 4,777,066.77

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 196,342.28 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 52,719.25 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 56,967.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 18,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,950.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 35,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................➜ | | $ 2,350,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 39,550.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 4,777,066.77 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 5,178,295.30 | **+** 91b. $ 2,350,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................  7,528,295.30      $ 7,528,295.30

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| UMB Bank | Checking | 5669 |
| Balance: 134,387.12 | | |
| Central National Bank | Checking | 4774 |
| Balance: 6,359.36 | | |
| UMB Bank | Checking | 5685 |
| Balance: 52,286.08 | | |
| UMB Bank | Checking | 5693 |
| Balance: 47.24 | | |
| UMB Bank | Checking | 5677 |
| Balance: 552.99 | | |

**7) Deposits, including security deposits and utility deposits**

| | |
|---|---|
| Sales Tax | $3,150.00 |
| Liquor License Board – Kansas  Dept. of Revenue | $4,500.00 |

**71) Notes receivable**

| | | | |
|---|---|---|---|
| Mark Stumm | 462,669.77 | 0.00 | 462,669.77 |
| Noble Hospitality Inc. | 513,926.08 | 513,926.08 | 0.00 |
| W.A. Colin Noble | 462,669.77 | 462,669.77 | 0.00 |

**Fill in this information to identify the case:**

Debtor name: Manhattan Hospitality, Inc.

United States Bankruptcy Court for the: District of Kansas

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Central National Bank | **Describe debtor's property that is subject to a lien**<br>Liquor License Board - Kansas Dept. of Revenue, Sales Tax, Liquor License, Accounts Receivable, Food, Liquor & Supplies, Used desks, bookcases, Shelving, Computers, Scanners & Printer, Hotel Furniture, Fixtures & Equipment and | $ 7,395,711.35 | $ 2,940,386.62 |

**Creditor's mailing address**
1403 College Avenue
Manhattan, KS 66502

**Creditor's email address, if known**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** **Creditor's name**<br>Central National Bank | **Describe debtor's property that is subject to a lien**<br>Loan #18008382 - Security Agreement & UCC | $411,344.37 | $0.00 |

**Creditor's mailing address**
1403 College Avenue
Manhattan, KS 66502

**Creditor's email address, if known**
_____

**Describe the lien**
Security Agreement & UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 11/2014
**Last 4 digits of account number** 8382

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $ 7,970,141.09 |

Case 20-41003   Doc# 1   Filed 12/17/20   Page 17 of 43

**Part 1:** **Additional Page**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
Mercedes Benz Financial Services

_____

**Creditor's mailing address**

961 Weigel Avenue
Elmhurst, IL 60126

**Creditor's email address, if known**

_____

**Date debt was incurred** 5/2016

**Last 4 digits of account number** 9642

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Mercedes Van VIN No.
WDZPE7002GP219145

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,085.37 | $5,700.00

---

**2.4** **Creditor's name**
SBA

_____

**Creditor's mailing address**

14925 Kinsport Road
Fort Worth, TX 76155

**Creditor's email address, if known**

_____

**Date debt was incurred** 5/2020

**Last 4 digits of account number** 7408

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Second Lien on Business Assets

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$150,000.00 | $0.00

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 3

Debtor  Manhattan Hospitality, Inc.
_____
Name

Case number *(if known)*_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Central National Bank<br>Michael R. Munson SVP & General Counsel<br>800 SE Quincy Street<br>Topeka, KS, 66612 | Line 2. 2 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

Form 206D                Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**                page _3_ of _3_

**Fill in this information to identify the case:**

Debtor ____Manhattan Hospitality, Inc._____

United States Bankruptcy Court for the: ___District of Kansas_____

Case number _____
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Director of Taxation - Liquor Sales Tax
915 Harrison Avenue
Topeka, KS, 66625

As of the petition filing date, the claim is: $ 828.21        $ 828.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Director of Taxation - Retail Sales Tax
915 Harrison Avenue
Topeka, KS, 66625

As of the petition filing date, the claim is: $ 296,040.39    $ 296,040.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
Director of Taxation - Transient Guest Tax
915 Harrison Avenue
Topeka, KS, 66625

As of the petition filing date, the claim is: $ 196,660.09    $ 196,660.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Case 20-41003    Doc# 1    Filed 12/17/20    Page 20 of 43

| Debtor | Manhattan Hospitality, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|
| | $232,185.64 | $232,185.64 |

**2.4  Priority creditor's name and mailing address**

Riley County Property Taxes
110 Courthouse Plaza
Manhattan, KS, 66502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

2020

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.___  Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____  $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.___  Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____  $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.___  Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____  $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 2 of 11

| Debtor | Manhattan Hospitality, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
AllStar Services
2017 Fort Riley Lane
Manhattan, KS, 66502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 817.84

| Date or dates debt was incurred | 10/2008 |
|---|---|
| Last 4 digits of account number | none |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Aramark
PO Box 1010
Bemidji, MN, 56619

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,359.59

| Date or dates debt was incurred | 01/2001 |
|---|---|
| Last 4 digits of account number | 5200 |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
BD4 Distributing
2720 Amherst Avenue
Manhattan, KS, 66502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 153.73

| Date or dates debt was incurred | 12/08 |
|---|---|
| Last 4 digits of account number | 1365 |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Beverage Carbonation Service
PO Box 538
Salina, KS, 67402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 338.34

| Date or dates debt was incurred | 02/07 |
|---|---|
| Last 4 digits of account number | 5676 |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
C & C Produce
PO Box 7466
Kansas City, MO, 64116

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,307.46

| Date or dates debt was incurred | 03/2018 |
|---|---|
| Last 4 digits of account number | 0001 |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Century Bank
498 N. Guadalupe
Santa Fe, NM, 87501

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor of Loan to Noble Properties of New Mexi

$ 128,864.31

| Date or dates debt was incurred | 10/2018 |
|---|---|
| Last 4 digits of account number | 0253 |

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 3 of 11

| Debtor | Manhattan Hospitality, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7** Nonpriority creditor's name and mailing address

Century Bank
498 N. Guadalupe
Santa Fe, NM, 87501

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Guarantor of Loan to Noble Properties of New Mexico

$ 6,496,182.80

Date or dates debt was incurred   04/2019

Last 4 digits of account number   2191

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Century Business Systems
415 Houstone St.
PO Box 1383
Manhattan, KS, 66502

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,265.50

Date or dates debt was incurred   11/2000

Last 4 digits of account number   MPME

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Colin Noble
1641 Anderson Avenue
Suite 425
Manhattan, KS, 66502

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 489,732.17

Date or dates debt was incurred   04/2001

Last 4 digits of account number   _____

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Community First National Bank
215 S. Seth Child Road
Manhattan, KS, 66502

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** PPP Loan

$ 313,400.00

Date or dates debt was incurred   04/2020

Last 4 digits of account number   5864

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

DR Plumbing/Heating & Air
1104 Hostetler Drive
Manhattan, KS, 66502

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 22,156.73

Date or dates debt was incurred   04/2012

Last 4 digits of account number   None

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Official Form 206E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page 4 of 11

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Ecolab Food Safety Specialities
24198 Network Place
Chicago, IL, 60673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 41.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  01/2013
Last 4 digits of account number  8464

---

**3.13** Nonpriority creditor's name and mailing address

Edward Don & Company
2562 Paysphere Circle
Chicago, IL, 60674

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,139.72

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  02/2007
Last 4 digits of account number  8377

---

**3.14** Nonpriority creditor's name and mailing address

HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA, 92150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 454.41

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  05/2009
Last 4 digits of account number  2763

---

**3.15** Nonpriority creditor's name and mailing address

Hiland Dairy Foods
700 E. Central
Chicago, IL, 60674

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 383.49

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  02/2007
Last 4 digits of account number  5005

---

**3.16** Nonpriority creditor's name and mailing address

IBS Midwest
3913 S. Lynn Court
Independence, MO, 64055

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,468.13

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  05/2013
Last 4 digits of account number  None

| Debtor | Manhattan Hospitality, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 17** Nonpriority creditor's name and mailing address

Information Systems
PO Box 5748
Rochester, MN, 55903

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,440.00

Date or dates debt was incurred   07/2005

Last 4 digits of account number   None

Is the claim subject to offset?
☑ No
☐ Yes

**3. 18** Nonpriority creditor's name and mailing address

Innerworkings
7503 Solution Center
Chicago, IL, 60677

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 339.80

Date or dates debt was incurred   01/2014

Last 4 digits of account number   None

Is the claim subject to offset?
☑ No
☐ Yes

**3. 19** Nonpriority creditor's name and mailing address

Intercontinental Hotels Group
PO Box 101074
Atlanta, GA, 30392

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Franchise Fee & Charges

$ 220,374.40

Date or dates debt was incurred   10/2006

Last 4 digits of account number   0947

Is the claim subject to offset?
☑ No
☐ Yes

**3. 20** Nonpriority creditor's name and mailing address

K+Stat Urgent Care
4101 Anderson Avenue
Manhattan, KS, 66502

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 517.00

Date or dates debt was incurred   08/2019

Last 4 digits of account number   3635

Is the claim subject to offset?
☑ No
☐ Yes

**3. 21** Nonpriority creditor's name and mailing address

Landry's
1510 West Loop South
Houston, TX, 77027

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Franchise Fee & Charges

$ 48,846.00

Date or dates debt was incurred   02/2007

Last 4 digits of account number   None

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 6 of 11

| Debtor | Manhattan Hospitality, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22 Nonpriority creditor's name and mailing address**

Manhattan Chamber of Commerce
501 Poytnz Avenue
Manhattan, KS, 66502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 4,225.00**

Date or dates debt was incurred  11/1991

Last 4 digits of account number  1595

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23 Nonpriority creditor's name and mailing address**

Midstate Mechanical
230 Levee Drive
Manhattan, KS, 66502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 794.62**

Date or dates debt was incurred  12/2000

Last 4 digits of account number  None

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24 Nonpriority creditor's name and mailing address**

Noble Hospitality, Inc.
215 W. 18th Street, Suite 222
Kansas City, MO, 64108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 815,272.00**

Date or dates debt was incurred  11/1991

Last 4 digits of account number  None

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.25 Nonpriority creditor's name and mailing address**

Orkin, Inc.
PO Box 638898
Cincinnati, OH, 45263

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 1,078.59**

Date or dates debt was incurred  05/2011

Last 4 digits of account number  0185

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26 Nonpriority creditor's name and mailing address**

Photoweb Pure Digital Photography
503 N. Main Street, Suite 205
Pueblo, CO, 81003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 2,348.50**

Date or dates debt was incurred  10/2019

Last 4 digits of account number  None

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Manhattan Hospitality, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.27**   **Nonpriority creditor's name and mailing address**

Playnetwork, Inc.
PO Box 21550
New York, NY, 10087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    02/2007
Last 4 digits of account number    B000

$ 87.16

---

**3.28**   **Nonpriority creditor's name and mailing address**

Playnetwork, Inc.
PO Box 21550
New York, NY, 10087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    05/2009
Last 4 digits of account number    7651

$ 196.14

---

**3.29**   **Nonpriority creditor's name and mailing address**

PrintTekk
4312 Roanoke Pkwy.
Kansas City, MO, 64111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    09/2011
Last 4 digits of account number    2969

$ 166.43

---

**3.30**   **Nonpriority creditor's name and mailing address**

Reid Plumbing, Heating & Air
8964 Green Valley Drive
Manhattan, KS, 66502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    07/2005
Last 4 digits of account number    None

$ 2,197.52

---

**3.31**   **Nonpriority creditor's name and mailing address**

ScentAir Technologies, Inc.
Po Box 978754
Dallas, TX, 75397

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    12/2008
Last 4 digits of account number    3975

$ 130.74

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 8 of 11

| Debtor | Manhattan Hospitality, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.32** **Nonpriority creditor's name and mailing address**

The Ebert Mayo Design Group
1115 Westport Drive
Manhattan, KS, 66502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Architect Fees

$ 8,291.50

**Date or dates debt was incurred**   07/2006

**Last 4 digits of account number**   None

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**

The Home Depot Credit Services
PO Box 9001043
Louisville, KY, 40290

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,093.03

**Date or dates debt was incurred**   07/2007

**Last 4 digits of account number**   0540

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

Thermal Comfort Air
705 Pecan Drive
Manhattan, KS, 66502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,270.20

**Date or dates debt was incurred**   04/2001

**Last 4 digits of account number**   0446

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

Trabon Printing
PO Box 87-8700
Kansas City, MO, 64187

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,493.60

**Date or dates debt was incurred**   03/2007

**Last 4 digits of account number**   0211

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**

Triton Imaging Systems
31320 Via Colinas, Suite 103
Thousand Oaks, CA, 91362

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 650.94

**Date or dates debt was incurred**   04/2019

**Last 4 digits of account number**   U031

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Manhattan Hospitality, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 37 **Nonpriority creditor's name and mailing address**

US Food, Inc.
PO Box 502059
Saint Louis, MO, 63150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,975.90

| Date or dates debt was incurred | 05/2017 |
|---|---|
| Last 4 digits of account number | 7571 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 10 of 11

| Debtor | Manhattan Hospitality, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 725,714.33 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 8,578,854.69 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 9,304,569.02 |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 11 of 11

□ Check if this is an amended filing

**Fill in this information to identify the case:**

Debtor name ___Manhattan Hospitality, Inc.___

United States Bankruptcy Court for the: ___District of Kansas___

Case number (If known): _____  Chapter ___11___

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

□ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Houlihan's Restaurant, Inc. Franchise Agreement Expires 2025<br><br><br>Expires 2025 | Houlihan's Restaurants, Inc.<br>Attn: Vice President/Development<br>8700 State Line Road, Suite 100<br>Shawnee Mission, KS, 66206 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Holiday Hospitality Franchising, LLC Franchise Agreement; Expires 2027<br><br><br>Expires 2027 | Holiday Hospitality Franchising, LLC<br>Attn: Vice President, Franchising, Licensing and Compliance<br>Three Ravina Drive<br>Atlanta, GA, 30346 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Crown Castle Towers - Rooftop Lease<br>Expires 2040 | Crown Castle Towers 09 LLC<br>2000 Corporate Drive<br>Canonsburg, PA, 15317 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Ground Lease for Hotel Improvements<br>Expires 2030 | Kansas State University Foundation<br>Attn: David L. Weaver, V.P. Real Estate & Investments<br>2323 Anderson AVenue, Suite 500<br>Manhattan, KS, 66502 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | US Bank Equipment Finance | U.S. Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO, 63179 |

Official Form 206G                Schedule G: Executory Contracts and Unexpired Leases                page 1 of __2__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease No. 5204310094.03P2 Expires 2021 Front Desk Software and Computers | HP Financial 200 Connell Drive, Suite 5000 Berkeley Heights, NJ, 07922 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease #5204310094.01 Expires 2021 Credit Card Processing Equipment | HP Financial 200 Connell Drive, Suite 5000 Berkeley Heights, NJ, 07922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Copier Lease Account No. 603-0152188-000 Expires 2021 | Wells Fargo Financial Leasing, Inc. 800 Walnut, 4th Floor Des Moines, IA, 50309 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease No. 5204310094.O2W Expires 2022 Guest Internet WiFi System | HP Financial 200 Connell Drive, Suite 5000 Berkeley Heights, NJ, 07922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Account 7967 Incurred 9/2018 2019 Buick Lessee Expires 2021 | GM Financial PO Box 100 Buffalo, NY, 14231 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Account No. 3293 Incurred 10/2017 2017 Buick Lessee Expires 2020 | GM Financial PO Box 100 Buffalo, NY, 14231 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Account 8458 Savin Copier Lease Lessee | US Bank Equipment Finance 1310 Madrid Street, Suite 101 Marshall, MN, 56258 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G     Schedule G: Executory Contracts and Unexpired Leases     page __2__ of __2__

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 W.A. Colin Noble | W.A. Colin Noble<br>1641 Anderson Avenue<br>Manhattan, KS 66502 | Houlihan's Restaurants, Ir | ☐ D<br>☐ E/F<br>☑ G |
| 2.2 W.A. Colin Noble | W.A. Colin Noble<br>1641 Anderson Avenue<br>Manhattan, KS 66502 | Holiday Hospitality Franch | ☐ D<br>☐ E/F<br>☑ G |
| 2.3 W.A. Colin Noble | W.A. Colin Noble<br>1641 Anderson Avenue<br>Manhattan, KS 66502 | Central National Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Noble Properties of N | Noble Properties of New Mexico<br>1641 Anderson Avenue<br>Suite 425<br>Manhattan, KS 66502 | Century Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 Noble Properties of N | Noble Properties of New Mexico<br>1641 Anderson Avenue<br>Suite 425<br>Manhattan, KS 66502 | Century Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor Name ___Manhattan Hospitality, Inc.___

United States Bankruptcy Court for the: ___District of Kansas___

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/17/2020___　　　✖ /s/ W.A. Colin Noble
MM / DD / YYYY　　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　W.A. Colin Noble
　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　President
　　　　　　　　　　　　　　　　Position or relationship to debtor

AllStar Services
2017 Fort Riley Lane
Manhattan, KS 66502

Aramark
PO Box 1010
Bemidji, MN 56619

BD4 Distributing
2720 Amherst Avenue
Manhattan, KS 66502

Beverage Carbonation Service
PO Box 538
Salina, KS 67402

C & C Produce
PO Box 7466
Kansas City, MO 64116

Central National Bank
1403 College Avenue
Manhattan, KS 66502

Central National Bank
Michael R. Munson SVP & General Counsel
800 SE Quincy Street
Topeka, KS 66612

Century Bank
498 N. Guadalupe
Santa Fe, NM 87501

Century Business Systems
415 Houstone St.
PO Box 1383
Manhattan, KS 66502

Colin Noble
1641 Anderson Avenue
Suite 425
Manhattan, KS 66502

Community First National Bank
215 S. Seth Child Road
Manhattan, KS 66502

Crown Castle Towers 09 LLC
2000 Corporate Drive
Canonsburg, PA 15317

Director of Taxation — Liquor Sales Tax
915 Harrison Avenue
Topeka, KS 66625

Director of Taxation – Retail Sales Tax
915 Harrison Avenue
Topeka, KS 66625

Director of Taxation – Transient Guest Tax
915 Harrison Avenue
Topeka, KS 66625

DR Plumbing/Heating & Air
1104 Hostetler Drive
Manhattan, KS 66502

Ecolab Food Safety Specialities
24198 Network Place
Chicago, IL 60673

Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674

GM Financial
PO Box 100
Buffalo, NY 14231

HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150

Hiland Dairy Foods
700 E. Central
Chicago, IL 60674

Holiday Hospitality Franchising, LLC
Attn: Vice President, Franchising, Licen
Three Ravina Drive
Atlanta, GA 30346

Houlihan's Restaurants, Inc.
Attn: Vice President/Development
8700 State Line Road, Suite 100
Shawnee Mission, KS 66206

HP Financial
200 Connell Drive, Suite 5000
Berkeley Heights, NJ 07922

IBS Midwest
3913 S. Lynn Court
Independence, MO 64055

Information Systems
PO Box 5748
Rochester, MN 55903

Innerworkings
7503 Solution Center
Chicago, IL 60677

Intercontinental Hotels Group
PO Box 101074
Atlanta, GA 30392

K+Stat Urgent Care
4101 Anderson Avenue
Manhattan, KS 66502

Kansas State University Foundation
Attn: David L. Weaver, V.P. Real Estate
2323 Anderson AVenue, Suite 500
Manhattan, KS 66502

Landry's
1510 West Loop South
Houston, TX 77027

Manhattan Chamber of Commerce
501 Poytnz Avenue
Manhattan, KS 66502

Mercedes Benz Financial Services
961 Weigel Avenue
Elmhurst, IL 60126

Midstate Mechanical
230 Levee Drive
Manhattan, KS 66502

Noble Hospitality, Inc.
215 W. 18th Street, Suite 222
Kansas City, MO 64108

Noble Properties of New Mexico
1641 Anderson Avenue
Suite 425
Manhattan, KS 66502

Orkin, Inc.
PO Box 638898
Cincinnati, OH 45263

Photoweb Pure Digital Photography
503 N. Main Street, Suite 205
Pueblo, CO 81003

Playnetwork, Inc.
PO Box 21550
New York, NY 10087

PrintTekk
4312 Roanoke Pkwy.
Kansas City, MO 64111

Reid Plumbing, Heating & Air
8964 Green Valley Drive
Manhattan, KS 66502

Riley County Property Taxes
110 Courthouse Plaza
Manhattan, KS 66502

SBA
14925 Kinsport Road
Fort Worth, TX 76155

ScentAir Technologies, Inc.
Po Box 978754
Dallas, TX 75397

The Ebert Mayo Design Group
1115 Westport Drive
Manhattan, KS 66502

The Home Depot Credit Services
PO Box 9001043
Louisville, KY 40290

Thermal Comfort Air
705 Pecan Drive
Manhattan, KS 66502

Trabon Printing
PO Box 87-8700
Kansas City, MO 64187

Triton Imaging Systems
31320 Via Colinas, Suite 103
Thousand Oaks, CA 91362

U.S. Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179

US Bank Equipment Finance
1310 Madrid Street, Suite 101
Marshall, MN 56258

US Food, Inc.
PO Box 502059
Saint Louis, MO 63150

W.A. Colin Noble
1641 Anderson Avenue
Manhattan, KS 66502

Wells Fargo Financial Leasing, Inc.
800 Walnut, 4th Floor
Des Moines, IA 50309

United States Bankruptcy Court

District of Kansas

In re:  Manhattan Hospitality, Inc.                     Case No.

                                                         Chapter    11

                    Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____12/17/2020_____

/s/ W.A. Colin Noble
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

**United States Bankruptcy Court**

**IN RE:**                                                          Case No._____

Manhattan Hospitality, Inc.
_____   Chapter ___11_____

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| W.A. Colin Noble<br>1641 Anderson Avenue, Manhattan, KS 66502 | 100 | |

# United States Bankruptcy Court

District of Kansas

**In re** Manhattan Hospitality, Inc.

Case No. _____

**Debtor**

Chapter 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Hourly Rates _____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $24,875.25

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Undetermined _____

☐ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $_____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor              ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor              ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  [Other provisions as needed]

All issues billed on an hourly basis as they arise.  Debtor paid a pre-petition retainer for the filing of a Chapter 11 case of $55,000.00.  Prior to being retained to file the Chapter 11, Sader Law Firm was paid $9,261.75 for legal services in regard to financial and legal matters.  From the $55,000.00 retainer, Sader Law Firm has been paid $15,613.50 for pre-petition services and expenses and filing fee.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          /s/ Neil S. Sader _____

*Date*

Sader Law Firm, LLC
2345 Grand Blvd.
Suite 2150
Kansas City, MO 64108
816-561-1818
nsader@saderlawfirm.com