IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
TOPEKA DIVISION

In re:

Manhattan Hospitality, Inc.

1641 Anderson Avenue
Manhattan, Kansas 66502
Tax ID# 48-1106083

    Debtor.

Case No. 20-41003-dls11
Chapter 11

## REORGANIZED DEBTOR'S MOTION FOR FINAL DECREE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3022

COMES NOW Manhattan Hospitality, Inc. ("Reorganized Debtor"), and hereby respectfully requests, pursuant to Bankruptcy Rule 3022, that this Court enter a Final Decree for this case. For reasons in support hereof, the Reorganized Debtor states that the Plan has been substantially consummated as defined in 11 U.S.C. §1101(2). In further support hereof, the Reorganized Debtor states as follows:

1. On October 13, 2021, this Court entered an Order approving the Plan of Reorganization dated August 2, 2021 put forward by these debtors.

2. The Plan calls for payments to various Creditors based upon their classification in the Plan.

3. The payments to the Creditors have commenced.

4. The Reorganized Debtor under the Plan has assumed the business and the management of its finances as outlined with the Plan.

5. All payments to creditors have been made on a timely basis and will continue to be made.

6. All motions, contested matters and adversary proceedings in the case have been resolved.

7. All fees due under 28 U.S.C. §1930 have been paid or will be paid in the ordinary course when due. All reports, including the final Monthly Report will be timely filed by Entry of this Order. It is anticipated the U.S. Trustee's office will, if appropriate, invoice the Reorganized Debtor for the fees owed. The Reorganized Debtor agrees to timely pay all statutory fees due the U.S. Trustee.

8. There is no further Fee Application anticipated to be filed by counsel for the Reorganized Debtor.

WHEREFORE, the Reorganized Debtor respectfully requests that this Court enter a final decree herein and for such other and further relief as is deemed just and proper.

    SADER LAW FIRM, LLC

    By: /s/ *Bradley D. McCormack*
        Bradley D. McCormack, KS 21527
        2345 Grand Boulevard, Suite 1925
        Kansas City, Missouri 64108-2663
        816-561-1818
        Fax: 816-561-0818
        Direct Dial: 816-595-1802
        bmccormack@saderlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served, in addition to the parties notified by the U.S. Bankruptcy Court's ECF System, upon the Debtor and parties listed on the attached Creditor Matrix and on the parties requesting notice listed below via First Class U.S. Mail, postage prepaid, on November 4, 2021.

    /s/ *Bradley D. McCormack*
    Bradley D. McCormack, Attorney

s:\manhattan hospitality, inc\pleadings\2021.09.13 motion for final decree.docx